# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0257
_____

MICHAEL MCDOWELL and
ELAINE MCDOWELL,

     Appellants,

     v.

BERNARD J. CASSIDY and DENISE
BALTHROP CASSIDY, THOMAS
GIBSON, RISH & GIBSON, P.A.,
and GULF COUNTY, FLORIDA,

     Appellees.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.


July 11, 2025

PER CURIAM.

     DISMISSED for lack of jurisdiction.

BILBREY, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles Wiggins of Phelps Dunbar, LLP, Pensacola, and Charles A. Costin of Costin & Costin, Port St. Joe, for Appellants.

No appearance for Appellees.